**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Rocha-Sanchez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj1985 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| **JOSE ROCHA-SANCHEZ,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

the above-captioned case.

       Respectfully submitted,

Dated: July 2, 2008
                          /s/   *Sara Peloquin*
                          **SARA M. PELOQUIN**
                          Federal Defenders of San Diego, Inc.
                          Attorneys for Mr. Rocha-Sanchez

### CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF


Dated: July 2, 2008                          /s/ Sara Peloquin
                                             **SARA M. PELOQUIN**
                                             Federal Defenders of San Diego, Inc.
                                             225 Broadway, Suite 900
                                             San Diego, CA  92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             Sara_Peloquin@fd.org